IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JULIO PEREZ, JR., #852734, | § |
| Plaintiff, | § |
| v. | § Case No. 6:20-cv-656-JDK-JDL |
| TDCJ MICHAEL UNIT, et al., | § |
| Defendants. | § |

**FINAL JUDGMENT**

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE** for purposes of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(g), but without prejudice as to the refiling of his claims without seeking *in forma pauperis* status. All pending motions are **DENIED** as **MOOT**.

The Clerk of the Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **10th** day of **February, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE